IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-31082
Summary Calendar
_____


FRANKLIN D. FRAZIER, JR.,

Plaintiff-Appellant,

versus

CALVIN JOHNSON,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 95-CV-2283-J
_____

February 14, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the dismissal of the appellant's civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d). We have reviewed the record, the magistrate judge's report and recommendation, and the district court's order, and find no reversible error. Because the appeal is frivolous, it is DISMISSED. 5th Cir. Rule 42.2; Howard v. King, 707 F.2d 215,

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

218-19 (5th Cir. 1983).  Frazier's motions for certificate of probable cause and for stay of execution are DENIED.

We caution Frazier that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Frazier is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING GIVEN.